**Esteban GARCIA, Plaintiff—Appellant,**

v.

**Warden BROOKS, Medical Administrator; MS Mendoza, FCI Petersburg; Doctor Allen, FCI Petersburg, Defendants—Appellees.**

No. 04–7642.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 25, 2005.

Decided March 18, 2005.

Esteban Garcia, Appellant pro se. Lawrence Richard Leonard, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Esteban Garcia appeals the district court's order denying relief on his *Bivens* * complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Garcia v. Brooks*, No. CA–04–133–2 (E.D.Va. Sept. 27, 2004). We deny Garcia's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).